UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
        v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## MOTION

Date Filed: 9/30/99    Docket #39    [ ] Plffs  [x] Defts
Title: Motion Requesting Permission to Submit Exhibits in Their Original Spanish Version
Opp'n Filed:    Docket #

## ORDER

Granted. Defendants may submit Exhibits 1 and 2 in Spanish.

Date 10/4/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


