UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| MOTION |
|---|

Date Filed: 10/6/99     Docket #46     [x] Plffs [] Defts
Title: **Plaintiffs' Motion for Additional Time**
Opp'n Filed:     Docket #

| ORDER |
|---|

Granted. Plaintiffs shall have until November 23, 1999 to file their response to the Motion for Summary Judgment filed by Defendant Municipio de Bayamon, Dkt. No. 38.

Date 10-17-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:     EOD:

By:     #


