UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| MOTION |
|---|
| Date Filed: 10/5/99    Docket #45    [] Plffs  [x] Defts |
| Title: Motion to Submit Police Report |
| Opp'n Filed:    Docket # |

*RECEIVED & FILED 99 OCT 18 PM 12:28 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.*

| ORDER |
|---|
| Granted. |

Date 10/17/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:          EOD:

By:              #


