# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| MOTION |
|---|
| Date Filed: 10/1/99   Docket #43   [] Plffs [x] Defts |
| Title: Motion to Submit Police Report |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. |

Date 10/15/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:        #


