UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
        v.                                                    CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

## MOTION

Date Filed: 10/1/99    Docket #42    [x] Plffs  [] Defts
Title: Plaintiffs' Motion for Leave to File
Opp'n Filed:    Docket #

## ORDER

Granted. Plaintiffs shall submit English language translations within a reasonable time.

Date 10/17/99    HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


