UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam Torres, et al.,
    Plaintiffs,
    v.
Municipality of Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## MOTION

Date Filed: 10/8/99    Docket #47    [ ] Plffs [x] Defts
Title: Motion to Join and/or Adopt Co-Defendants' Motion for Summary Judgment
Opp'n Filed:    Docket #

## ORDER

The Court grants Defendant Carlos Perez Hornedo leave to join the Motion for Summary Judgment filed by Defendant Robert Lopez on August 9, 1999, Dkt. No. 33.

Date 11/25/99    HECTOR M. LAFFITTE
                          Chief U.S. District Judge

Rec'd:    EOD:

By:    #

