UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
        v.                        CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

| MOTION |
|---|
| Date Filed: 11/5/99    Docket #53    [] Plffs [x] Defts<br>Title: Joint Motion to Quash Subpoenas<br>Opp'n Filed:    Docket # |
| **ORDER** |

    Denied. Defendants are invited to reread the Court's margin order of August 11, 1999, at Dkt. No. 31. In that order, the Court only extended the dispositive motion deadline until October 1, 1999, not the deadline for completing discovery. In fact, the Court's order invited the parties to "come to an agreement as to the remainder of discovery . . . without recourse to the Court." The Court does not look kindly on misrepresentations, intentional or otherwise, of its orders.

    Defendants' Joint Motion to Quash Subpoenas on the ground that the subpoenas violate the Court's October 1, 1999 discovery deadline demonstrates that the parties have failed to reach an agreement as to the winding up of discovery. Further, Defendants' Motion indicates no attempts by the parties to reach such an agreement. The parties are strongly encouraged to reach such an agreement without the Court's intervention.

Date 11-09-99            HECTOR M. LAFFITTE
                                Chief U.S. District Judge


