# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
       v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)



## MOTION

Date Filed: 11/29/99    Docket #58    [x] Plffs  [] Defts
Title: Plaintiffs' Motion for Leave to File Exhibits in Spanish
Opp'n Filed:    Docket #

## ORDER

Plaintiffs are granted a reasonable time to file translations in support of Plaintiffs' opposition to Defendant Acevedo's motion for summary judgment.

Date 12-7-99    HECTOR M. LAFFITTE
                            Chief U.S. District Judge

