## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,

        v.                              **CASE NUMBER:** 98-1775 (HL)

Municipio de Bayamon, et al.,
    Defendants.

## ORDER

    Having discussed the evidence in this case, the parties are hereby ordered to meet to discuss settlement in good faith on Tuesday, February 15, 2000 at 1:30 pm at counsel Arlene de la Mata's law offices, Capital Center One, Suite 1005.  The Court hereby schedules a settlement conference on March 1, 2000 at 4:30 pm.  Parties are to arrive fully authorized to reach agreement and are to have their principals available on a stand-by basis.  Failure to comply with this order shall result in the imposition of sanctions.

Date /-26-00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge