UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    v.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## MOTION

Date Filed: 8/9/00    Docket #33, 38, 41    [x] Plffs [x] Defts
Title: Motions for Summary Judgment
Opp'n Filed:    Docket #

## ORDER

    The Court shall grant a motion for summary judgment "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).
    Because Plaintiffs have created a genuine issue of material fact, Defendants' motions for summary judgment, Dkt. Nos. 33 and 38, are hereby denied. Because Defendants Lopez Acevedo and Perez Hornedo have created a genuine issue of material fact, Plaintiffs' cross motion for partial summary judgment, Dkt. No. 41, is hereby denied.

Date 1-28-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

