UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. HECTOR M. LAFFITTE**

MINUTES OF PROCEEDINGS                DATE: January 25, 2000

CIVIL CASE NO. 98-1775(HL)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

===================================================================

| | |
|---|---|
| Myriam Torres-Roman, et al | Attys: Linda Backiel Esq. |
| Plaintiff | |
| VS. | |
| Municipality of Bayamón, et al | Attys: Orlando Duran-Medero, Max Pérez-Preston, Osvaldo Hernández, Joan Estades, Arlene De La Mata and Joanne Pardo, Esqs. |
| Defendant | |

Case called for Pretrial and Settlement Conference.

Upon joint request of the parties, the February 23rd., trial date is hereby vacated. The Court intends to rule on the pending motions on or before the end of February. Depending on the outcome, then the Court will issue another scheduling order setting trial date.

A Settlement Conference is hereby scheduled for March 1, 2000 at 4:30 P.M.

COURTROOM DEPUTY CLERK

Parties to be notified.


