UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Myriam E. Torres Roman, et al.,
    Plaintiffs,
    V.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## MOTION

Date Filed: 2/15/00    Docket #67    [x] Plffs  [] Defts
Title: Plaintiff's Renewed Motion for Protective Order and Other Relief
Opp'n Filed:    Docket #

## ORDER

    Plaintiffs' request for various orders preventing Defendants and their attorneys from engaging in certain contacts is hereby denied. Plaintiffs have made no showing of any illegal or unethical activities to justify such orders. Plaintiffs' request for an order of exclusion of witnesses under Fed. R. Evid. 615 is hereby denied until the time of trial, at which time Plaintiffs are free to move for such an order.

Date 2/25/01

HECTOR M. LAFFITTE
Chief U.S. District Judge