UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MYRIAM E. TORRES-ROMAN, et al.,
   Plaintiffs,

v.

MUNICIPIO DE BAYAMON, et al.,
   Defendants.

Civil No. 98-1775 (HL)

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 29th day of February, 2000

HECTOR M. LAFFITTE
Chief United States District Judge

AO 72A
(Rev.8/82)