UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
        V.                         CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

## MOTION

Date Filed: 3/10/00    Docket #73    [] Plffs [x] Defts
Title: Motion to Desist from Appeal
Opp'n Filed:      Docket #

## ORDER

As this Court lacks jurisdiction to dismiss Defendant's appeal, Fed. R. Civ. P. 42(a), Defendant shall move for dismissal in the Court of Appeals and shall immediately inform this Court when he has done so.

Date 3/17/00          HECTOR M. LAFFITTE
                                 Chief U.S. District Judge




s/c Appeals Clerk 3/20/00