UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Myriam E. Torres Roman, et al.,
   Plaintiffs,
V.
Municipio de Bayamon, et al.,
   Defendants.

CASE NUMBER: 98-1775 (HL)

## ORDER

Because the Court has learned that the appeal in this case has not yet been docketed by the circuit clerk, the Court hereby vacates its denial of Defendants' Motion to Desist from Appeal. See Dkt. Nos. 73 and 78. Thus, under the authority of Fed. R. Civ. P. 42(a), the Court hereby dismisses the appeal in this case.

Date 3/21/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

