# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,

        V.

Municipio de Bayamon, et al.,
    Defendants.

**CASE NUMBER: 98-1775 (HL)**

---

### MOTION

**Date Filed:** 3/31/00    **Docket #83**    [] Plffs  [x] Defts
**Title: Motion Requesting Clarification of Order**
**Opp'n Filed:**    **Docket #**

### ORDER

Defendant Municipio de Bayamon has apparently misconstrued the Court's Opinion and Order, Dkt. No. 71, in precisely the manner described by Plaintiffs in their Response, Dkt. No. 85. When the Court ordered this case reopened, Dkt. No. 81, the order pertained to all Defendants, including the Municipio de Bayamon.

---

### MOTION

**Date Filed:** 4/6/00    **Docket #86**    [x] Plffs  [] Defts
**Title: Plaintiff's Request for Clarification of Status of Defendant Osvaldo Hernandez Lopez**
**Opp'n Filed:**    **Docket #**

### ORDER

When the Court ordered this case reopened, Dkt. No. 81, the order pertained to all Defendants, including Defendant Osvaldo Hernandez Lopez.

Date  4-10-00        **HECTOR M. LAFFITTE**
                            **Chief U.S. District Judge**

