**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Myriam E. Torres Roman, et al.,
Plaintiffs,
**V.**
Municipio de Bayamon, et al.,
Defendants.

**CASE NUMBER:** 98-1775 (HL)

RECEIVED & FILED
00 APR 19 AM 9:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**MOTION**

**Date Filed: 4/7/00** **Docket #87** **[] Plffs [x] Defts**
**Title: Motion for Reconsideration**
**Opp'n Filed:** **Docket #**

**ORDER**

Denied. In his Motion for Reconsideration, Defendant Robert F. Lopez Acevedo ("Lopez")argues that there is no genuine issue of material fact as to whether he consulted the District Attorney in connection with the events in this case. Lopez makes this argument in spite of the fact that the Lopez acknowledges Plaintiffs' directly contrary evidence on this issue. The existence of witnesses who are willing to testify in direct opposition to one another on an issue that is essential to the case gives rise to a situation that is the very definition of a "genuine issue of material fact."

**Date** 4/18/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



