UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam Torres Roman, et al.,
    Plaintiffs,
    V.
Municipality of Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| MOTION |
|---|
| Date Filed: 4/18/00   Docket #94   [] Plffs [x] Defts |
| Title: Motion to Join and/or Adopt Codefendant Robert Lopez Acevedo's Motion for Reconsideration |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Moot. The Court has already denied the Motion for Reconsideration. See Dkt. No. 96. |

Date 4/25/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


