# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Myriam Torres Roman, et al.,
    Plaintiffs,
          **V.**                   **CASE NUMBER:** 98-1775 (HL)
Municipality of Bayamon, et al.,
    Defendants.

## MOTION

Date Filed: 4/19/00    Docket #97    [x] Plffs  [] Defts
Title: Plaintiffs' Informative Motion with Respect to Possible Trial Dates
Opp'n Filed:    Docket #

## ORDER

    The jury trial in this case is hereby set for August 7, 2000 at 9:00 a.m.  Counsel for Plaintiff and counsel for Defendant Municipio de Bayamon have proposed this date.  Counsel for the other Defendants have chosen not to propose any trial dates.  Accordingly, all parties are bound by this date without exception.

Date 4-25-00        **HECTOR M. LAFFITTE**
                          **Chief U.S. District Judge**

