UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    V.                              CASE NUMBER: 98-1775(HL)
Municipio de Bayamon, et al.,
    Defendants.

| MOTION |
|---|

Date Filed: 5/24/00    Docket # 105    [ ] Plffs  [x] Defts
Title: Motion for Withdrawal of Legal Representation
Opp'n Filed:    Docket #

| ORDER |
|---|
| Granted. |

Date 7/2/00        HECTOR M. LAFFITTE
                        Chief U.S. District Judge

