## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    V.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| MOTION |
|---|
| Date Filed: 7/5/00   Docket # 74, 75, 91   [x] Plffs [x] Defts |
| Title: Motion for Leave to File, etc. |
| Opp'n Filed:   Docket # |

| ORDER |
|---|

The referenced motions are moot. In light of the August 4, 2000 dismissal of the appeal taken by Defendants in this case, the Court hereby orders the parties to submit a list of proposed trial dates by September 1, 2000. These dates shall not fall later than October 31, 2000. In the event that the parties fail to submit proposed dates, the Court shall impose a date on the parties.

Date 8/21/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

