# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE  HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: October 2, 2000

COURT REPORTER:  **N/A**                        CIV NO: 98-1775 (HL)

COURT INTERPRETER: N/A

| | |
|---|---|
| Myriam Torres-Roman , et al | Attorneys Linda Backiel, Esq. |
| v. | |
| Municipality of Bayamon, et al | Joanne Pardo Marquez, Jose Gaztambide, Orlando Duran, Grisselle González Negron and Max Pérez-Preston, Esqs. |

Pretrial Conference held.  Settlement was discussed, and it appears that case might be settled.

The Court sets another Pretrial and Settlement Conference for October 23, 2000 at 2:00 P.M.

The parties are to come with authorization to settled case.

Courtroom Deputy Clerk

Parties to be notified.