UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    V.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

| ORDER |
|---|
| The Municipal Assembly of Bayamon **shall** notify the Court by November 23, 2000 of the action it has taken regarding the settlement of this case. |

Date 10-24-00

HECTOR M. LAFFITTE
Chief U.S. District Judge