UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Torres-Roman, et al.,
    Plaintiffs,
    V.
Municipality of Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## ORDER

On October 25, 2000, the Court ordered the Municipal Assembly of Bayamon to notify the Court by November 27, 2000 of the action it has taken with regard to settlement of this case. To date, the Court has received no notification. The parties shall by December 15, 2000 file their settlement papers or face sanctions.

Date 12/29/00

HECTOR M. LAFFITTE
Chief U.S. District Judge