UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
        V.
Municipio de Bayamon, et al.,
    Defendants.

CASE NUMBER: 98-1775 (HL)

## MOTION

Date Filed: 2/7/01    Docket # 125    [] Plffs  [x] Defts
Title: Motion for Withdrawal Legal Representation
Opp'n Filed:    Docket #

## ORDER

Ricardo L. Rodriguez-Padilla is granted leave to withdraw. The Court notes that this case is now being handled by the Federal Litigation Division of the Puerto Rico Department of Justice.

Date 2/9/01

HECTOR M. LAFFITTE
Chief U.S. District Judge