UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
V.                                             CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

| ORDER |
|---|
| In light of the Municipal Assembly of Bayamon's apparent unwillingness to approve the settlement stipulation in this case, a jury trial is hereby set for March 20, 2001. |

Date 2/14/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

