UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
    V.                                  CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

| MOTION |
|---|
| Date Filed: 12/8/00   Docket # 122, 128   [x] Plffs [x] Defts<br>Title: Informative Motion<br>Opp'n Filed:   Docket # |
| ORDER |
| The Court hereby approves the parties' settlement stipulation. Judgment shall be entered accordingly. |

Date 2/16/01    HECTOR M. LAFFITTE
                        Chief U.S. District Judge


