UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Myriam E. Torres Roman, et al.,
    Plaintiffs,
V.                                            CASE NUMBER: 98-1775 (HL)
Municipio de Bayamon, et al.,
    Defendants.

## JUDGMENT

The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case with prejudice.

Date 2-16-01        HECTOR M. LAFFITTE
                            Chief U.S. District Judge


